FILED by GF D.C.
ELECTRONIC
Nov. 13, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**09-20950-CR-ALTONAGA/BROWN**

CASE NO. _____

18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853
28 U.S.C. § 2461

UNITED STATES OF AMERICA

v.

JEFFREY JENSEN,

    a/k/a "Robert Leon Pepper,"

**Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNTS 1-13

On or about the dates enumerated as to each count listed below, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JEFFREY JENSEN,**
**a/k/a "Robert Leon Pepper,"**

did knowingly embezzle, steal, purloin, and convert to his own use, money of the United States and a department and agency thereof, the aggregate amount of which exceeded $1,000.00, that is, Social Security Retirement Insurance Benefits payments, to which he was not entitled:

| Count | Description of Benefits | Approximate Date | Amount of Payment |
|---|---|---|---|
| 1 | Social Security Retirement Insurance Benefits | May 21, 2008 | $8,026.00 |
| 2 | Social Security Retirement Insurance Benefits | June 18, 2008 | $1,364.00 |
| 3 | Social Security Retirement Insurance Benefits | July 16, 2008 | $1,364.00 |
| 4 | Social Security Retirement Insurance Benefits | August 20, 2008 | $1,364.00 |
| 5 | Social Security Retirement Insurance Benefits | September 17, 2008 | $1,364.00 |
| 6 | Social Security Retirement Insurance Benefits | October 15, 2008 | $1,364.00 |
| 7 | Social Security Retirement Insurance Benefits | November 19, 2008 | $1,364.00 |
| 8 | Social Security Retirement Insurance Benefits | December 17, 2008 | $1,364.00 |
| 9 | Social Security Retirement Insurance Benefits | January 21, 2009 | $1,444.00 |
| 10 | Social Security Retirement Insurance Benefits | February 18, 2009 | $1,444.00 |
| 11 | Social Security Retirement Insurance Benefits | March 18, 2009 | $1,444.00 |

| 12 | Social Security Retirement Insurance Benefits | April 15, 2009 | $1,444.00 |
|---|---|---|---|
| 13 | Social Security Retirement Insurance Benefits | May 5, 2009 | $1,444.00 |

In violation of Title 18, United States Code, Section 641.

## CRIMINAL FORFEITURE

a. The allegations of Counts 1 through 13 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 28, United States Code, Section 2461, and Title 18, United States Code, Section 981(a)(1)(C).

b. Upon conviction of any of the violations alleged in Counts 1 through 13 of this Indictment, the defendant, **JEFFREY JENSEN**, shall forfeit to the United States all property, real or personal, constituting proceeds obtained from the aforestated offenses and all property traceable to such property, including but not limited to the sum of $24,794.00 in United States currency.

c. If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to or deposited with a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(o), to seek

3

forfeiture of any other property of the defendant up to the value of the above forfeitable property.

All pursuant to Title 28, United States Code, Section 2461; Title 18, United States Code, Section 981(a)(1)(C) and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

_____
WILLIAM D. A. ZERHOUNI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JEFFREY JENSEN,
a/k/a "Robert Leon Pepper,"

_____Defendant._____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

_X_ Miami    ___ Key West
___ FTL      ___ WPB     ___ FTP

| | | Yes | No |
|---|---|---|---|
| New Defendant(s) | | ___ | ___ |
| Number of New Defendants | ___ | | |
| Total number of counts | ___ | | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _No_
   List language and/or dialect    _____

4. This case will take   _2-3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days        _X_           Petty     ___
   II   6 to 10 days       ___           Minor     ___
   III  11 to 20 days      ___           Misdem.   ___
   IV   21 to 60 days      ___           Felony    _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No.: _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes:
   Magistrate Case No.                _____
   Related Miscellaneous numbers:     _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the    _____    District of    _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ YES  _X_ NO

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007??   ___ YES  _X_ NO

                                     _____[signature]_____
                                     WILLIAM D. A. ZERHOUNI
                                     ASSISTANT UNITED STATES ATTORNEY
                                     Court ID No.: A5501298

*Penalty Sheet(s) attached                                        REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** JEFFREY JENSEN, a/k/a "Robert Leon Pepper"

Case No: _____

Counts 1-13:

Theft of Public Money

Title 18, United States Code, Section 641

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**